# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO F.V.,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>　　　　　　Respondents. | Case No. 1:25-cv-01432-KES-SKO<br><br>**ORDER REQUIRING PETITIONER TO FILE A SUPPLEMENTAL BRIEF AND GRANTING RESPONDENTS LEAVE TO RESPOND** |

The undersigned has reviewed the briefing associated with the pending motion for a preliminary injunction, (Doc. 7). Before the undersigned issues findings and recommendations on the pending motion, the undersigned ORDERS Petitioner to file supplemental briefing on the following questions:

1. What is the jurisdictional basis for a district court to review an immigration judge's bond decision that was not adopted by the Board of Immigration Appeals?

2. What is the jurisdictional basis for a district court to review a Board of Immigration Appeals' decision where a motion to reconsider remains pending?

3. If the Board of Immigration Appeals' June 4, 2025 decision to dismiss Petitioner's bond appeal as moot constituted legal error, what is the appropriate remedy for that error?

4. If the Board of Immigration Appeals' June 4, 2025 decision to dismiss Petitioner's bond appeal as moot constituted legal error, what, if any, preliminary injunctive relief is available and appropriate to remedy such an error?

5. What, if any, would be the effect of a vacatur of the injunction in *Aleman Gonzalez v. Bondi*, 3:18-cv-01869-JSC (N.D. Cal.) on questions one through four?

IT IS HEREBY ORDERED that within seven (7) days, Petitioner SHALL file supplemental briefing addressing these five questions.

It is FURTHER ORDERED that Respondents are granted leave to respond to Petitioner's supplemental brief by no later than five (5) days after the filing of Petitioner's supplemental brief.

IT IS SO ORDERED.

Dated:   **January 16, 2026**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE